UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------x
JANE DOE (O.B.J.),

                Plaintiff,

      -against-

INTER-CONTINENTAL HOTELS GROUP, INC., et ano.,

             Defendants.
------------------------------------------------x

25-cv-10815 (LAK)

**ORDER**

LEWIS A. KAPLAN, *District Judge.*

In connection with plaintiff's pending motion for leave to proceed under a pseudonym, plaintiff, on or before February 5, 2026, shall (a) submit a proposed joint protective order of the sort referred to in plaintiff's memorandum as a desired predicate for disclosure of plaintiff's identity to the defendants, (b) file, separately and under seal with access restricted to the Court, (i) a document setting forth her name and (ii) any affidavit, report or other written evidence from any mental health professional who has examined or treated plaintiff that plaintiff wishes to have the Court consider and that plaintiff contends lends support to her suggestion that disclosure of her identity would cause her to suffer psychological or emotional harm. To be perfectly clear, the Court is not by this order *requiring* submission of such any such affidavit, report or other written evidence. Rather, it is *affording plaintiff the opportunity to do so voluntarily* in support of her request to proceed pseudonymously.

      SO ORDERED.

Dated:      January 21, 2026

                                             Lewis A. Kaplan
                               United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1-21-26