**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------X

JANE DOE (O.B.J.),

Plaintiff,

-against-

25 **CIVIL** 10815 (LAK)

**JUDGMENT**

INTER-CONTINENTAL HOTELS GROUP, INC., *et al.*,

Defendants.

-------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memo Endorsed Order dated October 21, 2026, the Court on its own motion dismisses the action as against IHG on the merits. See Hecht v. Commerce Clearing House, Inc., 897 F.2d 21, 26 n.6 (2d Cir, 1990) ("Sua sponte dismissal of the complaint with respect to Stephens is appropriate here, because the issues concerning Stephens are substantially the same as those concerning the other defendants, and Hecht, the party against whom the judgment of dismissal was entered, had notice and a full opportunity to make out his claim against Stephens."); Atallah v. New York Coll. of Osteopathic Med., 643 Fed. Appx. 7, 9 (2d Cir. 2016) (same). Final judgment is entered with respect to all parties; accordingly, the case is closed.

**Dated:** New York, New York

October 26, 2026

**TAMMI M. HELLWIG**

**Clerk of Court**

**BY:** K. Mango

**Deputy Clerk**